

 Irving Goodman, for appellant; Edward F. Vyzral, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed January 31, 1951; released for publication March 13, 1951.

## People of State of Illinois, Defendant in Error, v. George Petropulos, Plaintiff in Error.

### Gen. No. 45,210. 

 William T. Pridmore, for plaintiff in error; Marion G. McClelland, of counsel; John S. Boyle, State's Attorney of Cook County, for defendant in error; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and Albert Zemel, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed January 31, 1951; released for publication March 13, 1951.